IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

I.W.,

    Plaintiff,

v.                                                     No. CV 20-807 CG/SMV

CITY OF CLOVIS
POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Exceed Page Limits* (the "Motion"), (Doc. 43), filed April 1, 2021. In the Motion, Plaintiff requests the Court permit him to exceed the page limit for his response to Defendants' *Motion for Summary Judgment Based on Qualified Immunity*, (Doc. 35), by two pages. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may exceed the page limit for his response to Defendants' *Motion for Summary Judgment Based on Qualified Immunity*, (Doc. 35), by two (2) pages.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE