IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

I.W.,

    Plaintiff,

v.                                                       No. CV 20-807 CG/SMV

CITY OF CLOVIS
POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Exceed Page Limits for Reply Brief* (the "Motion"), (Doc. 49), filed April 28, 2021. In the Motion, Defendants requests the Court permit them to exceed the page limit for their reply in support of their *Motion for Summary Judgment Based on Qualified Immunity*, (Doc. 35), by two pages. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants may exceed the page limit for their reply in support of their *Motion for Summary Judgment Based on Qualified Immunity*, (Doc. 35), by two (2) pages.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE