IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

I.W.,

    Plaintiff,

v.                                                                              No. 20-cv-0807 CG/SMV

**CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD,**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:     November 30, 2021, at 9:30 a.m. MST

    **Matter to be heard**:   Status Conference

    A telephonic status conference is hereby set for **November 30, 2021, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR
United States Magistrate Judge**