# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

I.W.

    Plaintiff,

v.

                              Case No.: 2:20-cv-00807-CG-SMV

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, DOUGLAS FORD,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

THIS MATTER comes before the Court on Defendant Brent Aguilar and Plaintiff I.W.'s Motion to Extend Certain Deadlines; the Court, being advised on the matter, hereby determines that good cause exists for the motion and that it should be GRANTED.

Accordingly, the Court orders that the current deadlines set forth in the Scheduling Order be extended to the following:

1. Discovery deadline extended to January 30, 2022 only for the Deposition of witness Anne Armstrong.

2. Motions relating to discovery extended to January 30, 2022.

3. Pretrial motions other than discovery motion extended to January 30, 2022.

IT IS SO ORDERED.

                                                UNITED STATES MAGISTRATE JUDGE

4872-9787-2901.1

**Submitted by:**

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory L. Biehler*
Gregory L. Biehler
Vanessa E. Garcia
8801 Horizon Blvd., Suite 300
Albuquerque, NM 87113
(505) 828-3600
Greg.Biehler@lewisbrisbois.com
Vanessa.Garcia@lewisbrisbois.com
*Attorneys for Defendant Brent Aguilar*

**Approved as to form:**

Electronically approved 12/06/21
Matthew Coyte
Coyte Law, P.C.
mcoyte@me.com
Attorneys for Plaintiff