IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

I.W.,

    Plaintiff,

v.                                                       No. CV 20-807 CG/SMV

CITY OF CLOVIS
POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION
## TO DISMISS WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss Lawsuit with Prejudice Pursuant to Settlement Agreement* (the "Motion"), (Doc. 93), filed February 18, 2022. The Court, having considered the Motion and being otherwise fully advised in the premises, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint against Defendants, including all claims that were or could have been included therein against Defendants in this matter, are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE